# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MILLER, | No. 4:17-CV-01590 |
| Plaintiff. | (Judge Brann) |
| v. | |
| STEVEN HELM, et al., | |
| Defendant. | |

## ORDER

**AND NOW**, this 15th day of December 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by Defendants Steven Helm, William Hall, Elizabeth Miele, and the City of Williamsport, ECF No. 4, is **DENIED.**

2. The Motion to Dismiss filed by Defendant Fraternal Order of Police Lodge 29, ECF No. 5, is **DENIED.**

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants shall file an answer to Plaintiff Timothy Miller's Complaint, ECF No. 1, Ex. B, within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge